DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Lakey<br><br>Case below:<br>181 N.C. App. 608 | No. 130P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-602) | Denied<br>05/03/07 |
|---|---|---|---|
| State v. Lockhart<br><br>Case below:<br>181 N.C. App. 316 | No. 033P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-174) | Denied<br>03/08/07 |
| State v.<br>McCollum<br><br>Case below:<br>177 N.C. App. 681<br>(6 June 2006) | No. 355P06 | Def-Appellant's PDR (COA05-845) | Denied<br>05/03/07 |
| State v. McIver<br><br>Case below:<br>178 N.C. App. 235 | No. 377P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1283) | Denied<br>05/03/07 |
| State v. McMillan<br><br>Case below:<br>180 N.C. App. 474 | No. 133P07 | Def's PWC to Review Decision of<br>COA (COA06-201) | Denied<br>05/03/07 |
| State v. McQueen<br><br>Case below:<br>181 N.C. App. 417 | No. 101P07 | 1.  Def's NOA Based Upon a<br>Constitutional Question (COA06-203)<br><br>2.  AG's Motion to Dismiss Appeal<br><br>3.  Def's Motion for Temporary Stay<br><br><br><br>4.  Def's Petition for Writ of<br>Supersedeas<br><br>5.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>05/03/07<br><br>3. Allowed<br>04/05/07<br>Stay<br>Dissolved<br>05/03/07<br><br>4. Denied<br>05/03/07<br><br>5. Denied<br>05/03/07 |
| State v. Mims<br><br>Case below:<br>180 N.C. App. 403 | No. 005P07 | 1.  Def's NOA Based Upon a<br>Constitutional Question (COA06-10)<br><br>2.  Def's Motion to Withdraw NOA<br>and PDR | 1. ——<br><br><br>2. Allowed<br>05/03/07 |